UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JELONI DJUAN ROBINSON,

        Plaintiff,               Case No. 1:25-cv-987

v.                                       Honorable Phillip J. Green

RICHARD REED, et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's claims are **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  November 13, 2025               /s/ Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge